

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)   White, Ronald A | 2. Court or Organization   USDC-EDOK | 3. Date of Report   5/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)   U.S. District Judge - Active | 5a. Report Type (check appropriate type)   ☐ Nomination, Date   ☐ Initial  ☑ Annual  ☐ Final   5b. ☐ Amended Report | 6. Reporting Period   01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address   101 N. Fifth Street P.O. Box 1009 Muskogee, OK 74402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.   Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Oklahoma Bar Association |
| 2. Member | Federal Judges' Association |
| 3. Member | Federalist Society |
| 4. Member | Judicial Conference Committee on Codes of Conduct |
| 5. Executive Board Member | Indian Nations Council, Boy Scouts of America |
| 6. District Chairman | Indian Nations Council, Neosho District, Boy Scouts of America |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 20 A 10: 09 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Oklahoma - Checking Account | | None | J | T | | | | | See Part VIII. |
| 2. Idea Ranch, LLC - Note | | None | J | T | | | | | |
| 3. METLIFE (formerly Paragon) GVUL ACCOUNT | | | | | | | | | |
| 4. -Fidelity Index 500 - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 5. -MFS Emerging Growth - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 6. -Scudder International - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 7. -T. Rowe Price Balanced - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 8. ████. Real Estate, Okmulgee County, OK, 7/24/94 $54,000.00 | | None | L | R | | | | | |
| 9. Northwestern Mutual Whole Life Policy - Cash Value | A | Dividend | J | T | | | | | |
| 10. MERRILL LYNCH IRA #1 | D | Dividend | L | T | | | | | |
| 11. -Merrill Lynch Bank USA RASP | | | | | | | | | |
| 12. -Columbia Acorn Fund | | | | | | | | | |
| 13. -Energy Transfer Partners(publicly traded partnership units) | | | | | | | | | |
| 14. MERRILL LYNCH IRA #2 | E | Dividend | N | T | | | | | |
| 15. -Merrill Lynch Bank USA RASP | | | | | | | | | |
| 16. -OG&E common stock | | | | | | | | | |
| 17. -Williams Cos. common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Citigroup common stock | | | | | | | | | |
| 19. -Anheuser Busch common stock | | | | | | | | | |
| 20. -Johnson & Johnson common stock | | | | | | | | | |
| 21. -LSI Corp. common stock | | | | | Buy | 4/27 | J | | |
| 22. -Occidental Petroleum Corp. common stock | | | | | Buy | 1/31 | J | | See Part VIII. |
| 23. -Vintage Petroleum common stock | | | | | Sold | 1/31 | J | B | |
| 24. -Hewlett Packard Company common stock | | | | | | | | | See Part VIII. |
| 25. -Lancaster Colony Corp. common stock | | | | | | | | | See Part VIII. |
| 26. -Lehman Bros Hldgs Inc. common stock | | | | | | | | | See Part VIII. |
| 27. -Alcatel Lucent Technologies Inc. common stock | | | | | | | | | See Part VIII. |
| 28. -Magellan Midstream publicly traded partnership units | | | | | | | | | See Part VIII. |
| 29. -Alliance Resources publicly traded partnership units | | | | | | | | | See Part VIII. |
| 30. -H&R Block common stock | | | | | | | | | See Part VIII. |
| 31. -ONEOK common stock | | | | | | | | | See Part VIII. |
| 32. MERRILL LYNCH ACCOUNT (Y) | | | | | Closed | 4/30 | | | See Part VIII. |
| 33. -Merrill Lynch Bank USA | | | | | | | | | |
| 34. -Payne County Bonds | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Axelis common stock | | | | | | | | | |
| 36. -Bearing Point common stock | | | | | | | | | |
| 37. -BP Amoco common stock | | | | | | | | | |
| 38. -Bank of Oklahoma common stock | | | | | | | | | |
| 39. -GE common stock | | | | | | | | | |
| 40. -Oneok common stock | | | | | | | | | |
| 41. -PDI common stock | | | | | | | | | |
| 42. -UPS common stock | | | | | | | | | |
| 43. -Viacom common stock | | | | | | | | | |
| 44. -CBS common stock | | | | | | | | | |
| 45. MERRILL LYNCH IRA #3 (Y) | | | | | Closed | 4/30 | | | See Part VIII. |
| 46. -Merrill Lynch Ready Assets | | | | | | | | | |
| 47. -Agere Sys Inc Cl A common stock | | | | | | | | | |
| 48. -Agere Sys Inc Cl B common stock | | | | | | | | | |
| 49. -Avaya Inc. Com common stock | | | | | | | | | |
| 50. -Hewlett Packard Company common stock | | | | | | | | | |
| 51. -Lancaster Colony Corp. common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Lehman Bros Hldgs Inc. common stock | | | | | | | | | |
| 53. -Lucent Technologies Inc. common stock | | | | | | | | | |
| 54. -OG&E Energy Corp. common stock | | | | | | | | | |
| 55. -Vintage Pete Inc. common stock | | | | | | | | | |
| 56. -The Williams Companies, Inc. common stock | | | | | | | | | |
| 57. -Magellan Midstream publicly traded partnership units | | | | | | | | | |
| 58. -Alliance Resources publicly traded partnership units | | | | | | | | | |
| 59. -OG&E Ener Cap Tr Fixed Income Securities | | | | | | | | | |
| 60. -H&R Block common stock | | | | | | | | | |
| 61. UBS | | | | | | | | | |
| 62. -UBS Bank USA Deposit Account | B | Interest | K | T | | | | | |
| 63. -Matrix Service Co. common stock (Y) | | | | | | | | | See Part VIII. |
| 64. -Ariel Fund (Y) | | | | | | | | | See Part VIII. |
| 65. -Oakmark Intl. Fund common stock (Y) | | | | | | | | | See Part VIII. |
| 66. -Okla Dev Fin Auth Bonds (Y) | | | | | | | | | See Part VIII. |
| 67. -UBS EAS (Y) | | | | | | | | | See Part VIII. |
| 68. -Steinmart common stock | A | Dividend | J | T | | | | | See Part VIII. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Axelis common stock | | None | J | T | | | | | See Part VIII. |
| 70.  -Bearing Point common stock | | None | J | T | | | | | See Part VIII. |
| 71.  -BP Amoco common stock | A | Dividend | J | T | | | | | See Part VIII. |
| 72.  -Bank of Oklahoma common stock | A | Dividend | J | T | | | | | See Part VIII. |
| 73.  -GE common stock | A | Dividend | J | T | | | | | See Part VIII. |
| 74.  -Oneok common stock | A | Dividend | J | T | | | | | See Part VIII. |
| 75.  -PDI common stock | | None | J | T | | | | | See Part VIII. |
| 76.  -UPS common stock | A | Dividend | J | T | | | | | See Part VIII. |
| 77.  -Viacom common stock | A | Dividend | J | T | | | | | See Part VIII. |
| 78.  -CBS common stock | A | Dividend | J | T | | | | | See Part VIII. |
| 79.  BOK Acct. #3 (CD) | | | | | Closed | --/-- | L | A | See Part VIII. |
| 80.  BOK Acct. #4 (CD) | | | | | Closed | --/-- | M | A | See Part VIII. |
| 81.  U.S. Treasury Bill (Y) | | | | | Transferred | | | | See Part VIII. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII. INVESTMENTS AND TRUSTS:

Line 1 - This account was previously described as "Bank of Oklahoma - Account #2."

Line 23 - Occidental Petroleum Corp. - This asset was acquired when Vintage Petroleum was purchased by Occidental, who then distributed shares of its stock to holders of VPI as part of the purchase agreement.

Lines 24-30 - These assets were previously held in the Merrill Lynch IRA #3 account. They were transferred upon a dissolution of marriage pursuant to a property division.

Line 31 - ONEOK - Inadvertently omitted from this account in prior disclosures, but was included under another account.

Line 32 - Merrill Lynch Account - This account was divided, transferred and closed upon a dissolution of marriage pursuant to a property division. Some of the assets were transferred from Merrill Lynch to UBS.

Line 45 - Merrill Lynch IRA #3 - This account was divided, transferred and closed upon a dissolution of marriage pursuant to a property division. Some of the assets were transferred from IRA #3 to IRA #2.

Lines 63-67 - These assets were transferred upon a dissolution of marriage pursuant to a property division.

Line 68 - Steinmart - In 2006 disclosure, this asset was mistakenly listed under the Merrill Lynch IRA #2 account.

Lines 69-78 - These assets were previously held in the Merrill Lynch Account. They were transferred upon a dissolution of marriage pursuant to a property division.

Lines 79-80 - BOK - These accounts were depleted by occasional withdrawals over the course of the year.

Line 81 - U.S. Treasury Bill - This asset was transferred upon a dissolution of marriage pursuant to a property division.

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544